# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLAKE GEORGE, STUART JOLLY, and LASZLO VAS, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>               Defendant. | Civil Action No. 2:20-cv-17561-SDA |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT on October 10, 2024, at 10:00 a.m., pursuant to the Text Order entered on September 3, 2024 (ECF Doc. 84) in this action, Plaintiffs will move before the Honorable Stacy D. Adams, U.S.M.J. of the United States District Court for the District of New Jersey, located at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 07102, or by video conference as determined by the Court, for an Order granting final approval of the Settlement Agreement in this case. This motion is based on the concurrently filed Memorandum of Law, the declaration of Joel D. Smith and attached exhibit, the pleadings and papers on file herein, and any

other written and oral arguments that may be presented to the Court.

Dated: September 16, 2024                    Respectfully submitted,

/s/ Philip Fraietta

**BURSOR & FISHER, P.A.**
Philip Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Email: pfraietta@bursor.com

**SMITH KRIVOSHEY, P.C.**
Joel D. Smith (*pro hac vice*)
867 Boylston Street
Fifth Floor, #1520
Boston, MA 02116
Telephone: (617) 377-7404
Email: joel@skclassactions.com

*Class Counsel*